UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

**MONICA MERAZ**,
individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

**CR FITNESS CORAL SPRINGS, LLC
d/b/a CRUNCH CORAL SPRINGS**,

      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## CLASS ACTION COMPLAINT

Plaintiff Monica Meraz brings this class action against Defendant CR Fitness Coral Springs, LLC d/b/a Crunch Coral Springs, and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's attorneys.

## NATURE OF THE ACTION

1. This is a putative class action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq*. (the "TCPA").

2. To promote its goods and services, Defendant engages in unsolicited text messaging to consumers that have registered their telephone numbers on the National Do Not Call Registry.

3. Through this action, Plaintiff seeks injunctive relief to halt Defendant's unlawful conduct which has resulted in intrusion into the peace and quiet in a realm that is private and

1

personal to Plaintiff and the Class members. Plaintiff also seeks statutory damages on behalf of herself and members of the Class, and any other available legal or equitable remedies.

## PARTIES

4. Plaintiff is, and at all times relevant hereto was, a citizen and resident of Broward County, Florida.

5. Plaintiff is, and at all times relevant hereto was, an individual and a called party under the TCPA in that Plaintiff was the regular user of cellular telephone number that received Defendant's unwanted text messages.

6. Defendant is, and at all times relevant hereto was, a foreign corporation doing business in this State.

## JURISDICTION AND VENUE

7. This Court has federal question subject matter jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331.

8. Jurisdiction is also proper under 28 U.S.C. § 1332(d)(2) because Plaintiff alleges a national class, which will result in at least one class member belonging to a different state than that of Defendant. Plaintiff seeks up to $1,500.00 (one-thousand-five-hundred dollars) in damages for each text message in violation of the TCPA, which, when aggregated among a proposed class numbering in the thousands, or more, exceeds the $5,000,000.00 (five-million dollars) threshold for federal court jurisdiction under the Class Action Fairness Act ("CAFA"). Therefore, both the elements of diversity jurisdiction and CAFA jurisdiction are present.

9. Defendant is subject to general personal jurisdiction in Florida because it is incorporated and headquartered in Florida.

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) because Defendant is deemed to reside in any judicial district in which it is subject to personal jurisdiction, and because a substantial part of the events or omissions giving rise to the claim occurred in this District.

## FACTS

11. Since at least on or about June 2023, Defendant continues to harass Plaintiff with unsolicited text message advertisements on Plaintiff's cellular telephone including the following

> **Text Message**
> Sat, Jun 17 at 10:08 AM
>
> Crunch: Go from Dad Bod to Father Figure! Join w/code DAD for $1 + 1st week free at CrunchCoralSprings.com. From $9.99/month. Exp 6/21! Text STOP to opt-out
>
> Sun, Jun 18 at 10:18 AM
>
> Crunch: Calling all DILFS! Dads In Love with Fitness can join for $1 + 1st week FREE w/code DAD at CrunchCoralSprings.com. Offer ends 6/21! Text STOP to opt-out
>
> Mon, Jun 19 at 10:12 AM
>
> Pump up your mood (& muscles) with a FREE WEEK! $1 to join + 1st week free w/code DAD at CrunchCoralSprings.com. From $9.99/month. Exp 6/21 Text STOP to opt-out
>
> Wed, Jun 21 at 10:17 AM
>
> Crunch: Last chance, Monica! Join for $1 + 1st week FREE w/code DAD at CrunchCoralSprings.com. Offer ends at midnight! Text STOP to opt-out

3

> CrunchCoralSprings.com. From $9.99/month. Exp 6/21 Text STOP to opt-out

Wed, Jun 21 at 10:17 AM

> Crunch: Last chance, Monica! Join for $1 + 1st week FREE w/code DAD at CrunchCoralSprings.com. Offer ends at midnight! Text STOP to opt-out

Fri, Jun 23 at 10:13 AM

> RUN over to Crunch! Join for just 4 cents with code RUN + get 2 weeks FREE at CrunchCoralSprings.com! Starting at $9.99/mo. Offer exp 6/23. Text STOP to opt-out

Mon, Jun 26 at 9:45 AM

> RUN, dont walk! Get 2 weeks FREE when you join today, Monica! Use code RUN & join for 4 cents at CrunchCoralSprings.com. Exp 6/30. Text STOP to opt-out

Wed, Jun 28 at 9:14 AM

> Crunch: Red, White & Blue party, 5-8pm today! Join for 4 cents + 2 weeks FREE w/code RUN at CrunchCoralSprings.com. Offer exp 6/30! Text STOP to opt-out

> 6/30! Text STOP to opt-out

*Fri, Jun 30 at 9:33 AM*

> Crunch: Redeem offer by midnight! Get 2 FREE WEEKS when you join w/ code RUN at CrunchCoralSprings.com for 4 cents total! From $9.99/month. Text STOP to opt-out

*Sat, Jul 1 at 9:55 AM*

> 4th of July Sale: 4 cents to join + 2 Weeks ON US! Use code USA at CrunchCoralSprings.com to save big! Starting at $9.99/mo. Offer exp 7/7! Text STOP to opt-out

*Mon, Jul 3 at 9:57 AM*

> Crunch: Fourth of July offer! Join for 4 cents w/code USA at CrunchCoralSprings.com & get 2 Weeks ON US! From $9.99/mo. Offer exp 7/7! Text STOP to opt-out

*Tue, Jul 4 at 9:57 AM*

> Happy 4th of July, Monica! Get 2 Weeks FREE when you join w/code USA at CrunchCoralSprings.com for 4 cents! From $9.99/mo. Exp 7/7! Text STOP to opt-out

5

> Thu, Jul 6 at 10:35 AM
>
> Monica, we have firework(outs)! Only 4 cents to join + 2 weeks free w/code USA at CrunchCoralSprings.com! From $9.99/mo. Exp 7/7! Text STOP to opt-out

> Fri, Jul 7 at 10:38 AM
>
> Crunch your goals with us, Monica! Join for 4 cents w/code USA + 2 Weeks ON US at CrunchCoralSprings.com. Expires at midnight! Text STOP to opt-out

> Mon, Jul 10 at 10:45 AM
>
> Be America Strong! Join Crunch gym today for $1 + 1st-week FREE w/code STRONG at CrunchCoralSprings.com. Starting at $9.99/mo. Exp 7/18! Text STOP to opt-out

> Fri, Jul 14 at 10:43 AM
>
> Crunch: Get HIIT done, Monica! Join for $1 + 1st-week FREE w/code STRONG at Crunch.com. Yesterday you said tomorrow! Offer exp 7/18. Text STOP to opt-out

Fri, Jul 14 at 10:43 AM

Crunch: Get HIIT done, Monica! Join for $1 + 1st-week FREE w/code STRONG at Crunch.com. Yesterday you said tomorrow! Offer exp 7/18. Text STOP to opt-out

Sun, Jul 16 at 10:43 AM

Hustle for the muscle! Join Crunch today for $1 + 1st-week FREE w/code STRONG at CrunchCoralSprings.com. From $9.99/mo. Offer exp 7/18! Text STOP to opt-out

Tue, Jul 18 at 12:09 PM

Monica, get 1 Week FREE when you join Crunch today! Join for $1 + 1st Week Free w/code STRONG at Crunch.com. Offer ends at midnight! Text STOP to opt-out

Sat, Jul 22 at 10:19 AM

Monica, join the FUN at Crunch! Only 1 cent to join today with code FUN at CrunchCoralSprings.com. Starting at $9.99/mo. Exp 7/31. Text STOP to opt-out

> Sat, Jul 22 at 10:19 AM
>
> Monica, join the FUN at Crunch! Only 1 cent to join today with code FUN at CrunchCoralSprings.com. Starting at $9.99/mo. Exp 7/31. Text STOP to opt-out
>
> Monday 11:27 AM
>
> Out of excuses, Monica? Use code FUN to join for 1 cent at CrunchCoralSprings.com. Weights, cardio & machines from $9.99/mo. Exp 7/31. Text STOP to opt-out
>
> Wednesday 10:24 AM
>
> The FUN never stops at Crunch! Join for only 1 cent with code FUN at CrunchCoralSprings.com. Memberships start at $9.99/mo. Offer exp 7/31. Text STOP to opt-out
>
> Friday 10:27 AM
>
> Crunch: Ready to ignite your fitness journey? Join for 1 cent w/code FUN at CrunchCoralSprings.com. Offer ends 7/31! Starting at $9.99/mo. Text STOP to opt-out

**Monday 11:27 AM**

> Out of excuses, Monica? Use code FUN to join for 1 cent at CrunchCoralSprings.com. Weights, cardio & machines from $9.99/mo. Exp 7/31. Text STOP to opt-out

**Wednesday 10:24 AM**

> The FUN never stops at Crunch! Join for only 1 cent with code FUN at CrunchCoralSprings.com. Memberships start at $9.99/mo. Offer exp 7/31. Text STOP to opt-out

**Friday 10:27 AM**

> Crunch: Ready to ignite your fitness journey? Join for 1 cent w/code FUN at CrunchCoralSprings.com. Offer ends 7/31! Starting at $9.99/mo. Text STOP to opt-out

**Today 10:24 AM**

> Monica, you're one click away from perspiring to greatness! Join for 1 cent w/code FUN at Crunch.com. Hurry, offer ends tomorrow! Text STOP to opt-out

9

Fri, Jun 23 at 10:13 AM

RUN over to Crunch! Join for just 4 cents with code RUN + get 2 weeks FREE at CrunchCoralSprings.com! Starting at $9.99/mo. Offer exp 6/23. Text STOP to opt-out

Mon, Jun 26 at 9:45 AM

RUN, dont walk! Get 2 weeks FREE when you join today, Monica! Use code RUN & join for 4 cents at CrunchCoralSprings.com. Exp 6/30. Text STOP to opt-out

Wed, Jun 28 at 9:14 AM

Crunch: Red, White & Blue party, 5-8pm today! Join for 4 cents + 2 weeks FREE w/code RUN at CrunchCoralSprings.com. Offer exp 6/30! Text STOP to opt-out

Fri, Jun 30 at 9:33 AM

Crunch: Redeem offer by midnight! Get 2 FREE WEEKS when you join w/ code RUN at CrunchCoralSprings.com for 4 cents total! From $9.99/month. Text STOP to opt-out

6/30! Text STOP to opt-out

Fri, Jun 30 at 9:33 AM

Crunch: Redeem offer by midnight! Get 2 FREE WEEKS when you join w/ code RUN at CrunchCoralSprings.com for 4 cents total! From $9.99/month. Text STOP to opt-out

Sat, Jul 1 at 9:55 AM

4th of July Sale: 4 cents to join + 2 Weeks ON US! Use code USA at CrunchCoralSprings.com to save big! Starting at $9.99/mo. Offer exp 7/7! Text STOP to opt-out

Mon, Jul 3 at 9:57 AM

Crunch: Fourth of July offer! Join for 4 cents w/code USA at CrunchCoralSprings.com & get 2 Weeks ON US! From $9.99/mo. Offer exp 7/7! Text STOP to opt-out

Tue, Jul 4 at 9:57 AM

Happy 4th of July, Monica! Get 2 Weeks FREE when you join w/code USA at CrunchCoralSprings.com for 4 cents! From $9.99/mo. Exp 7/7! Text STOP to opt-out

12. Plaintiff was in Florida when she received the above text messages.

13. As demonstrated by the above screenshots, the purpose of Defendant's text messages was to advertise, promote, and/or market Defendant's property, goods, and/or services.

14. Plaintiff is the regular user of the telephone number that received the above solicitations.

15. Plaintiff registered her cellular telephone number on the National Do-Not-Call Registry on or about 2010.

16. Plaintiff utilizes the cellular telephone number for personal purposes and the number is Plaintiff's residential telephone line and primary means of reaching Plaintiff at home.

17. Upon information and belief, Defendant maintains and/or has access to outbound transmission reports for all text messages sent advertising/promoting its services and goods. These reports show the dates, times, target telephone numbers, and content of each message sent to Plaintiff and the Class members.

18. Plaintiff has never had any type of business relationship with Defendant.

19. Plaintiff never provided her telephone number to Defendant.

20. Plaintiff never signed any type of authorization permitting or allowing the placement of solicitation text messages.

21. Defendant's unlawful conduct resulted in intrusion into the peace and quiet in a realm that is private and personal to Plaintiff and the Class members.

## CLASS ALLEGATIONS

### PROPOSED CLASS

22. Plaintiff brings this lawsuit as a class action on behalf of Plaintiff individually and on behalf of all other similarly situated persons as a class action pursuant to Federal Rule of Civil Procedure 23. The Class that Plaintiff seeks to represent are defined as:

> **All persons in the United States who from four years prior to the filing of this action through the date of class certification (1) Defendant placed more than one text message call within any 12-month period; (2) where the person's telephone number that had been listed on the National Do Not Call Registry for at least thirty days; (3) regarding Defendant's property, goods, and/or services.**

23. Defendant and its employees or agents are excluded from the Class.

### NUMEROSITY

24. Upon information and belief, Defendant has placed violative text message calls to telephone numbers belonging to at least 50 persons. The members of the Class, therefore, are believed to be so numerous that joinder of all members is impracticable.

25. Identification of the Class members is a matter capable of ministerial determination from Defendant's call records.

### COMMON QUESTIONS OF LAW AND FACT

26. There are numerous questions of law and fact common to the Class which predominate over any questions affecting only individual members of the Class. Among the questions of law and fact common to the Class are:

   (a) Whether Defendant initiated solicitation text messages to Plaintiff and the Class members who had registered their numbers on the National Do Not Call Registry;

   (b) Whether Defendant is liable for damages, and the amount of such damages.

27.     The common questions in this case are capable of having common answers. If Plaintiff's claim that Defendant routinely transmits telephonic sales calls without consent is accurate, Plaintiff and the Class members will have identical claims capable of being efficiently adjudicated and administered in this case.

### TYPICALITY

28.     Plaintiff's claims are typical of the claims of the Class members, as they are all based on the same factual and legal theories.

### PROTECTING THE INTERESTS OF THE CLASS MEMBERS

29.     Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class and has retained competent counsel. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

### SUPERIORITY

30.     A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by the Class are in the millions of dollars, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual Class members prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

31.     The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another

may not. Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

## COUNT I
### Violations of 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d)
### (On Behalf of Plaintiff and the Class)

32. Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1 through 31 as if fully set forth herein.

33. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides in pertinent part that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

34. Per 47 C.F.R. § 64.1200(e), § 64.1200(c) is "applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers."

35. Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

36. Defendants violated 47 C.F.R. § 64.1200(c) by initiating telephone solicitations to telephone subscribers such as Plaintiff and the Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

37. Defendants violated 47 U.S.C. § 227(c)(5) because Plaintiff and Class members received more than one message in a 12-month period from Defendants in violation of 47 C.F.R. § 64.1200.

38. As a result of Defendants' conduct as alleged herein, Plaintiff and the Class members suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

39. Plaintiff requests for this Court to enter an Order granting the relief outlined in the Prayer for Relief below.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above, and appointing Plaintiff as the representative of the Class and Plaintiff's counsel as Class Counsel;

b) An award of statutory damages for Plaintiff and each member of the Class as applicable under the TCPA;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to comply with 47 C.F.R. § 64.1200(d) by (1) maintaining the required written policies; (2) providing training to their personnel engaged in telemarketing; and (3) maintaining a do-not-call list

e) Such further and other relief as the Court deems necessary.

## JURY DEMAND

Plaintiff, individually and on behalf of the Class, hereby demand a trial by jury.

DATED: August 3, 2023

                                        Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

**THE LAW OFFICES OF JIBRAEL S. HINDI**
Jibrael S. Hindi, Esq.
Florida Bar No. 118259
110 SE 6th Street
Suite 1744
Ft. Lauderdale, Florida 33301